UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DR. GERALD FINKEL, as Chairman of the Joint
Industry Board of the Electrical Industry,

                Plaintiff,

-against-

OMEGA COMMUNICATION SERVICES, INC.,

                Defendant.
-----------------------------------------------------------X

JUDGMENT
06-CV-3597 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 27 2008 ★


An Order of Honorable John Gleeson, United States District Judge, having been filed on February 25, 2008, adopting the Report and Recommendation of Magistrate Judge Joan M. Azrack, dated January 23, 2008; and directing the Clerk of Court to enter a judgment of $122,846.59 against defendant, reflecting $117,683.01 in unpaid contributions, interest, and liquidated damages, and $5,163.58 in attorneys' fees and costs; it is

ORDERED and ADJUDGED the Report and Recommendation of Magistrate Judge Joan M. Azrack is adopted; and that judgment is hereby entered in favor of plaintiff, Dr. Gerald Finkel, as Chairman of the Joint Industry Board of Electrical Industry, and against defendant, Omega Communications Services, Inc., in the amount of $122,846.59 against defendant, reflecting $117,683.01 in unpaid contributions, interest, and liquidated damages, and $5,163.58 in attorneys' fees and costs.

Dated: Brooklyn, New York
       February 26, 2008

                                            s/Robert C. Heinemann
                                            ROBERT C. HEINEMANN
                                            Clerk of Court